UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN MICHAEL BROOKS,<br><br>    Petitioner,<br>    v.<br><br>JACK WARNER,<br><br>    Respondent. | Case No. 3:22-cv-05486-JLR-TLF<br><br>ORDER DIRECTING JOINT STATUS REPORT REGARDING STATE COURT PROCEEDINGS AND STAY |

This is a 28 U.S.C. § 2254 habeas corpus action. By order dated December 5, 2022, the Court granted petitioner's unopposed motion to stay and abey these proceedings pending completion of petitioner's ongoing proceedings in state court. Dkt. 17. The Court further directed respondent to file status reports every ninety (90) days. *Id.* The Court directed petitioner to inform the Court and to file a motion to lift the stay within 30 days of the resolution of state court proceedings. *Id.*

On August 4, 2023, respondent filed a status report indicating that the state court proceedings have "all but concluded." Dkt. 25. Respondent states that according to the clerk's minutes, on May 22, 2023, the Cowlitz County Superior Court heard and denied petitioner's motion for a new trial. *Id.* There is no indication whether any appeal of that decision has been filed in the state appellate courts.

Respondent indicates that he "is reasonably informed and believes that as of the filing of this status report, no subsequent filings in the [state] court since May 22, 2023,

ORDER DIRECTING JOINT STATUS REPORT
REGARDING STATE COURT PROCEEDINGS AND
STAY - 1

has occurred that would indicate formal or official closure of Brook's proceedings." *Id.* Respondent further states that "[s]hould this Court decide that a stay should be continued, Respondent will file a new status report in 90 days." *Id.*

The Court notes respondent's filing lacks clarity about whether the relevant state court proceedings are finished, and whether this Court should lift the stay in the federal habeas corpus action. The Court notes that petitioner has not moved to lift the stay in this action although he was directed to do so within thirty (30) days of the completion of the state court proceedings.

Due to the lack of clarity regarding whether petitioner's state court proceedings are, in fact, fully resolved, and whether it is appropriate at this point to lift the stay, the Court hereby ORDERS:

(1) On or before **October 5, 2023**, petitioner and respondent are directed to meet and confer, and file a joint status report, with supporting documents from the state court record, to show whether the relevant state court proceedings have fully concluded and whether it is appropriate for this Court to lift the stay. If possible, the parties should file this as a stipulation. If the parties disagree regarding the status of the state court proceedings, they shall provide the Court with the legal and factual basis for the disagreement in their joint status report.

Dated this 6th day of September, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER DIRECTING JOINT STATUS REPORT
REGARDING STATE COURT PROCEEDINGS AND
STAY - 2