# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOHN MICHAEL BROOKS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>JACK WARNER,<br><br>　　　　　　Respondent. | Case No. 3:22-cv-05486-JLR-TLF<br><br>ORDER EXTENDING STAY, DIRECTING JOINT STATUS REPORTS REGARDING STATE COURT PROCEEDINGS |

This is a 28 U.S.C. § 2254 habeas corpus action. By order dated December 5, 2022, the Court granted petitioner's unopposed motion to stay and abey these proceedings pending completion of petitioner's ongoing proceedings in state court. Dkt. 17. The Court further directed respondent to file status reports every ninety (90) days. *Id.* The Court directed petitioner to inform the Court and to file a motion to lift the stay within 30 days of the resolution of state court proceedings. *Id.*

On January 9, 2024, the parties submitted a joint status report stating that the parties jointly request the Court continue the stay of proceedings because petitioner's state post-conviction relief proceeding is still pending. Dkt. 30.

Accordingly, it is hereby ORDERED:

(1) The matter continues to be stayed.

(2) **The parties are directed to file a joint status report every ninety (90) days** informing the Court of the status of petitioner's state proceedings. The next joint

ORDER EXTENDING STAY, DIRECTING JOINT
STATUS REPORTS REGARDING STATE COURT
PROCEEDINGS - 1

status report is due on or before **April 11, 2024**, and shall include the state court cause number.

(3) If the state court dismisses or resolves petitioner's state court proceedings, petitioner is directed to inform the Court and to file a motion to lift the stay within 30 days of the state court taking action.

(4) Respondent shall file their answer to the petition (in accordance with Rule 5 of the Rules Governing Section 2254 Cases) 45 days after the Court enters an order lifting the stay.

Dated this 12th day of January, 2024.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge