UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN MICHAEL BROOKS,<br><br>                Petitioner,<br><br>   v.<br><br>JACK WARNER,<br><br>                Respondent. | Case No. 3:22-cv-05486-JLR-TLF<br><br>ORDER DIRECTING PETITIONER TO SIGN, DATE AND RE-FILE PROPOSED AMENDED PETITION |

The District Court has referred this 28 U.S.C. § 2254 action to United States Magistrate Judge Theresa L. Fricke. Currently before the Court is petitioner John Michael Brooks' motion to lift stay and for leave to file an amended petition for writ of habeas corpus (Dkt. 37), and petitioner's subsequently filed proposed amended petition (Dkt. 40).

The proposed amended petition (Dkt. 40) submitted to the Court is not signed or dated by the petitioner. Dkt. 40 at 15.

Accordingly, the Court hereby ORDERS:

(1) On or before **December 16, 2024**, petitioner is directed to sign and date his proposed amended petition and re-file it with the Court.

(2) For purposes of efficiency, the Clerk is directed to provide petitioner a copy of his current unsigned proposed amended petition (Dkt. 40).

(3) Petitioner's motion to lift stay and for leave to file an amended petition for writ of habeas corpus (Dkt. 37) is re-noted to **December 16, 2024**.

Dated this 2nd day of December, 2024.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER DIRECTING PETITIONER TO SIGN, DATE
AND RE-FILE PROPOSED AMENDED PETITION - 2