UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN MICHAEL BROOKS,<br><br>    Petitioner,<br><br> v.<br><br>JACK WARNER,<br><br>    Respondent. | Case No. 3:22-cv-05486-JLR-TLF<br><br>ORDER TO SHOW CAUSE |

The District Court has referred this 28 U.S.C. § 2254 habeas corpus petition to United States Magistrate Judge Theresa L. Fricke. Currently before the Court is petitioner John Michael Brooks' motion to lift stay and for leave to file an amended petition for writ of habeas corpus (Dkt. 37), and petitioner's subsequently filed proposed amended petition (Dkt. 40).

By order dated December 2, 2024, the Court noted that the proposed amended petition submitted to the Court (Dkt. 40) was unsigned and, accordingly, directed petitioner to sign and date his proposed amended petition and re-file it with the Court by December 16, 2024. Dkt. 41. To date, petitioner has not filed a signed and dated proposed amended petition.

Accordingly, the Court hereby ORDERS:

(1) On or before **January 30, 2025**, petitioner is directed to either: (a) sign and date his proposed amended petition and re-file it with the Court, or (b) show cause

ORDER TO SHOW CAUSE - 1

why the Court should not deny petitioner's motion to amend the petition (Dkt. 37) and instead lift the stay in the case and move forward on the original petition (Dkt. 8).

(2) For purposes of efficiency, the Clerk is directed to provide petitioner a copy of his current unsigned proposed amended petition (Dkt. 40).

(3) Petitioner's motion to lift stay and for leave to file an amended petition for writ of habeas corpus (Dkt. 37) is re-noted to **January 30, 2025**.

Dated this 6th day of January, 2025.

Theresa L. Fricke
United States Magistrate Judge