UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN MICHAEL BROOKS,<br><br>　　　　　　　Petitioner,<br>　　v.<br>JACK WARNER,<br><br>　　　　　　　Respondent. | Case No. 3:22-cv-05486-JLR-TLF<br><br>ORDER GRANTING MOTION FOR EXTENSION |

Respondent moves for an extension of time to file an answer to the amended petition. Dkt. 47. Counsel for respondent indicates the record in this case is voluminous and that the petition presents complex constitutional claims and therefore additional time is needed to prepare an answer. *Id.* Petitioner is unrepresented by counsel in this 28 U.S.C. § 2254 habeas corpus action. Petitioner did not oppose or otherwise respond to the motion.

Finding good cause for the extension, the Court hereby ORDERS:

(1) Respondent's motion for extension of time (Dkt. 47) is GRANTED.

(2) Respondent shall file an answer to the amended petition by **April 14, 2025**.

//

//

//

ORDER GRANTING MOTION FOR EXTENSION - 1

1    (3) The Clerk is directed to provide a copy of this order to petitioner and counsel for

2    respondent.

3    Dated this 1st day of April, 2025.

*[signature: Theresa L. Fricke]*

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING MOTION FOR EXTENSION - 2