UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN MICHAEL BROOKS,<br><br>    Petitioner,<br><br> v.<br><br>JACK WARNER,<br><br>    Respondent. | Case No. 3:22-cv-05486-JLR-TLF<br><br>ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION TO FILE ANSWER |

  Respondent moves for an extension of time to file an answer to the amended petition. Dkt. 49. Respondent has been granted one previous extension of time to file the answer. *See* Dkt. 48. In the instant motion for extension, counsel for respondent indicates the record in this case is voluminous and that the petition presents difficult exhaustion issues. Dkt. 49. Counsel also asserts he had unavoidable scheduling conflicts including a pre-purchased travel and an exceptionally demanding caseload. *Id.* For these reasons, counsel requests additional time to prepare an answer. *Id.*

  Petitioner opposes the motion noting that the Court previously denied his request for counsel in part because the case did not appear to involve complex issues and that counsel should be able to complete the answer by the previously imposed deadline. Dkt. 50.

  Finding good cause for the extension, the Court hereby ORDERS:

 (1) Respondent's motion for extension of time (Dkt. 49) is GRANTED.

ORDER GRANTING RESPONDENT'S SECOND
MOTION FOR EXTENSION TO FILE ANSWER - 1

(2) Respondent shall file an answer to the amended petition by **May 14, 2025**.

(3) The Clerk is directed to provide a copy of this order to petitioner and counsel for respondent.

Dated this 8th day of May, 2025.

Theresa L. Fricke
United States Magistrate Judge