UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN MICHAEL BROOKS, | CASE NO. C22-5486JLR |
| Petitioner, | ORDER |
| v. | |
| JACK WARNER, | |
| Respondent. | |

## I.   INTRODUCTION

Before the court is United States Magistrate Judge Theresa L. Fricke's January 22, 2026 report and recommendation, in which she recommends that the court (1) deny and dismiss with prejudice *pro se* Petitioner John Michael Brooks' amended petition for writ of habeas corpus, and (2) deny a certificate of appealability.  (R&R (Dkt. # 58); Am. Pet. (Dkt. # 46).)  No objections were filed.  (*See generally* Dkt.)  The court has considered the report and recommendation, the relevant portions of the record, and the governing law.  Being fully advised, the court ADOPTS Magistrate Judge Fricke's report and

ORDER - 1

recommendation, DISMISSES Mr. Brooks' amended habeas petition, and DENIES a certificate of appealability.

## II.   BACKGROUND

The factual and procedural background was fully set forth in Magistrate Judge Fricke's report and recommendation. (*See* R&R at 2-12.) Because Mr. Brooks did not file objections, the court ADOPTS that portion of the report and recommendation and does not restate the background here.

## III.   ANALYSIS

A district court has jurisdiction to review a magistrate judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis added).

Objections have not been filed in the instant matter. (*See generally* Dkt.) The court has carefully reviewed the report and recommendation and agrees with Magistrate Judge Fricke's recommendations. Therefore, the court ADOPTS Magistrate Judge Fricke's report and recommendation in full.

## IV.   CONCLUSION

For the foregoing reasons, the court ADOPTS Magistrate Judge Fricke's report and recommendation (Dkt. # 58). Accordingly, the court ORDERS as follows:

ORDER - 2

1. Mr. Brooks' petition for a writ of habeas corpus (Dkt. # 46), and this action, are DISMISSED with prejudice;

2. A certificate of appealability is DENIED for the reasons set forth in the report and recommendation; and

3. The Clerk is DIRECTED to send copies of this order to Mr. Brooks, counsel for Respondent, and Magistrate Judge Fricke.

Dated this 10th day of February, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 3